**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-7223

_____

ROBERT L. MACK,

Plaintiff – Appellant,

v.

FEDERAL BUREAU OF PRISONS; JOHN R. OWEN, Warden; DR.
KRISTIC BRANTLEY, Drug Program Coordinator,

Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence. Henry M. Herlong, Jr., Senior
District Judge. (4:10-cv-00567-HMH)

_____

Submitted: December 15, 2011        Decided: December 20, 2011

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert L. Mack, Appellant Pro Se. Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Mack appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mack v. Fed. Bureau of Prisons, No. 4:10-cv-00567-HMH (D.S.C. Aug. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED